UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK M. ROSALES,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | NO. SACV 12-753 AGR<br><br><br>MEMORANDUM OPINION AND ORDER |

　　　On November 19, 2013, this court issued a report and recommendation in this matter. (Dkt. Nos. 19-20.)

　　　On November 20, 2013, Plaintiff filed a statement of consent to proceed before the assigned magistrate judge. (Dkt. No. 21.) Defendant had previously filed a consent. (Dkt. No. 8.) The matter was reassigned to this court for all further proceedings. (Dkt. No. 22.)

　　　Accordingly, the court's report and recommendation now becomes the opinion and order of this court.

Case 8:12-cv-00753-AGR   Document 23   Filed 11/22/13   Page 2 of 2   Page ID #:987

1  IT IS HEREBY ORDERED that, for the reasons stated in the report and
2  recommendation, which is attached hereto and incorporated into this order, the
3  decision of the Commissioner is reversed and remanded for consideration of whether
4  Plaintiff meets or equals Listing 12.05C.

DATE:  November 22, 2013

_____
ALICIA G. ROSENBERG
United States Magistrate Judge

2