UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK M. ROSALES,<br><br>                Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                Defendant. | CASE NO. SACV 12-753 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED:  November 22, 2013

                                                ALICIA G. ROSENBERG<br>
                                                United States Magistrate Judge