JIMMY O. EWENIKE, CSBN 133406
Law Offices of Jimmy Ewenike
515 West Commonwealth Avenue, Suite 210
Fullerton, CA. 92832
Telephone: (714) 773-0611
Facsimile: (714) 257-9987
E-Mail: Ewenike@yahoo.com

Attorney for Plaintiff

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8933
    Facsimile: (415) 744-0134
    Email: paul.sachelari@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MR. FRANK M ROSALES<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>    Defendant. | CASE NO. CV 12-00753 AGR<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' concurrently filed Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Six Thousand Five Hundred Dollars and Zero Cents ($6,500), in EAJA fees, expenses and costs are awarded to the Plaintiff, subject to the terms of the stipulation.

Dated: Feb. 26, 2014

_Alicia G. Rosenberg_
UNITED STATES MAGISTRATE JUDGE